

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-15-00792-CR

John Wayne **POLLY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 375971
The Honorable Robert Behrens, Judge Presiding

# O R D E R

Appellant's motion to publish opinion of the court is hereby granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court